JOHN T. KEATING
Nevada Bar No.: 6373
K E A T I N G LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
jkeating@keatinglg.com
(702) 228-6800 phone
(702) 228-0443 facsimile
Attorneys for Defendant
*Allstate Fire and Casualty Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARIE IRWIN, an individual, and ALLEN IRWIN, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, a Foreign Corporation; DOES I through X, Inclusive and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-00147<br><br>STIPULATION AND ORDER FOR PRIVATE BINDING ARBITRATION AND DISMISSAL OF ALL BAD FAITH CLAIMS<br><br>ECF No. 6 |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, MARIE IRWIN and ALLEN IRWN, by and through their attorney, BRICE J. CRAFTON, ESQ. and Defendant ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, by and through its attorney, JOHN T. KEATING, of the law firm of KEATING LAW GROUP, to resolve by private binding arbitration any and all disputes including but not limited to liability, causation, bodily injury and property damage arising from a motor vehicle accident which occurred on or about June 17, 2016 in Clark County, Nevada.

IT IS HEREBY FURTHER STIPULATED AND AGREED that Plaintiffs, MARIE IRWIN and

ALLEN IRWN's causes of action of bad faith against Defendant ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY are hereby dismissed with prejudice.

DATED this 3rd day of April, 2018.  DATED this 3rd day of April, 2018.

K E A T I N G LAW GROUP            DEAVER CRAFTON

By: __/s/ JOHN T. KEATING            By: __/s/ BRICE J. CRAFTON
JOHN T. KEATING                      BRICE J. CRAFTON, ESQ.
Nevada Bar No.: 6373                 Nevada Bar No. 10558
9130 W. Russell Road, Ste. 200       810 East Charleston Blvd.
Las Vegas NV 89148                   Las Vegas NV 89104
Attorney for Defendant               Attorney for Plaintiffs
*Allstate Fire and Casualty Insurance Company*   *Marie Irwin and Allen Irwin*

## ORDER

Based on the parties' stipulation [ECF No. 6] for arbitration and good cause appearing, IT IS HEREBY ORDERED that this case is DISMISSED without prejudice to the parties' ability to arbitrate the claims. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
April 4, 2018